IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| NAPOLEON HARTSFIELD, BOBBY SHELTON, AARON NIEHUS, CORTEZ KELLUM, GREGORY AGUIRRE, QUINTON JENKINS, GLEN EDWARDS, FONTIENE COBB, MARCUS HERMANN, ANDREW KINDER,<br><br>      Plaintiffs,<br><br>vs.<br><br>IOWA DEPARTMENT OF CORRECTIONS, IOWA STATE PRISON INDUSTRIES, STATE OF IOWA, PUBLIC COMMUNICATIONS SERVICES, INC., IOWA COMMUNICATION NETWORK, JOHN GILLESPIE, GARY MAYNARD, IOWA STATE PENITENTIARY, KEN BURGER, JAY NELSON, DEBBIE NICHOLS, COL EMMETT, CAPT. BOWDEN, SGT. HAWK, LT. NEWMAN, C.O. MCDOWELL, C.O. SANDAVAL, C.O. BOYER, C.O. HELMICK, C.O. EVES, C.O. LAMPE, C.O. LEMASTER, C.O. GILBERT, M. PIPER, C. HEAD, C.O. PICTON, C.O. JOHNSON, LT. MCKINLEY, SGT. MENDEZ, C.O. SHOUP, SIX UNKNOWN C.O.s, SGT. HARRIS, WARDEN BURT, ANAMOSA STATE PENITENTIARY, LT. OLDENBURGER, WILLIAM SOUPENE, NANCY KUARA,<br><br>      Defendants. | No. C06-3082-LRR<br><br>ORDER |

This matter is before the court on its order dated July 27, 2007. In such order, the court, among other things, ordered the other plaintiffs, that is, all of the plaintiffs except Napoleon Hartsfield, to file an amended complaint that includes a specific statement detailing what each defendant did, or failed to do, which resulted in harm to him. It also indicated that, in the event that the court receives an amended complaint from any of the other plaintiffs, the court will direct the Clerk of Court to commence a separate action. Only Quinton Jenkins and Cortez Kellum complied with the court's order. Accordingly, the Clerk of Court is directed to file docket number 54 as a separate action and docket no. 55 as a separate action. Once those actions are filed, the court will determine whether it is appropriate to grant in forma pauperis status and/or conduct an initial review of Quinton Jenkins' amended complaint and Cortez Kellum's amended complaint.

**IT IS SO ORDERED**.

**DATED** this 18th day of September, 2007.

*[signature]*
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA